**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TIMOTHY HILL**                                                                **PETITIONER**
**ADC #159154**

**VS.**                                    **NO. 5:15CV00356-JM-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

### ORDER

The Court has carefully reviewed the Recommended Disposition filed by

Magistrate Judge Beth Deere.  The parties have not filed objections.  The Court concludes

that the Recommendation should be, and hereby is, approved and adopted as this Court's

findings in all respects.

When entering a final order adverse to a habeas corpus petitioner, the Court must

issue or deny a certificate of appealability.  Rule 11 of the Rules Governing Section 2254

Cases.  A certificate of appealability may issue only if a petitioner has made a substantial

showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case,

there is no basis for this court to issue a certificate of appealability.  Accordingly, a

certificate of appealability is denied.

Petitioner Timothy Hill's petition for writ of habeas corpus (#1) is DENIED and

DISMISSED, with prejudice, this 20th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE